**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1805**

In re:  KENNETH KENNEDY SHANNON, a/k/a James Smith, a/k/a Kevin Sanders,

        Petitioner.

On Petition for Writ of Mandamus.
(2:13-cr-00977-DCN-8; 2:19-cv-02888-DCN)

Submitted:  December 1, 2022                Decided:  December 13, 2022

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Kenneth Kennedy Shannon, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Kennedy Shannon petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has denied relief on Shannon's § 2255 motion. *United States v. Shannon*, No. 2:13-cr-00977-DCN-8 (D.S.C. Oct. 27, 2022). Accordingly, because the district court has recently decided Shannon's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
